|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ARTHUR MOTEN,　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　Petitioner,　　　　　　　§
　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　　§　　CIVIL ACTION NO. 1:25-CV-178
　　　　　　　　　　　　　　　　§
WARDEN, FCI BEAUMONT,　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　Respondent.　　　　　　§

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Petitioner Arthur Moten, a federal prisoner confined in Beaumont, Texas, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  On November 19, 2025, the magistrate judge recommended dismissing the Petition without prejudice to Petitioner's ability to file a civil rights action.  Proper notice was sent to Petitioner at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#7) is

**ADOPTED**. A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 15th day of December, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE